**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| FALUCH BIGSBY, | ) | Case No. 1:26-cv-218 |
| | ) | |
| Plaintiff, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | Magistrate Judge Reuben J. Sheperd |
| | ) | |
| ANNETTE CHAMBERS-SMITH, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**OPINION AND ORDER**

On February 23, 2026, the Court denied the motion of Plaintiff Faluch Bigsby, formerly known as William Dixon, to proceed *in forma pauperis* and dismissed his lawsuit.  (ECF No. 5.)  Further, the Court allowed Plaintiff the opportunity to reopen this case within thirty (30) days by paying the full filing fee and then filing a motion to reopen.  (*Id.*, PageID #47.)  However, the Court advised that it "will not accept any documents for filing in this case, including a motion to reopen, unless and until the full filing is paid."  (*Id.*)

Notwithstanding the Court's clear Order, Plaintiff moves to reopen without paying the full filing fee.  (*See* ECF No. 7.)  Because Mr. Bigsby represents in that motion that his family paid the filing fee (*see id.*, PageID #50), the Court checked with the Clerk, who has no record of any payment by Mr. Bigsby or his family at any time.  Accordingly, the Court **DENIES** Plaintiff's motion to reopen.

**SO ORDERED.**

Dated:  March 17, 2026

J. Philip Calabrese
United States District Judge
Northern District of Ohio