**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| FALUCH BIGSBY, | ) | Case No. 1:26-cv-218 |
| | ) | |
| Plaintiff, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | Magistrate Judge Reuben J. Sheperd |
| | ) | |
| ANNETTE CHAMBERS-SMITH, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## OPINION AND ORDER

Previously, the Court denied Plaintiff Faluch Bigsby's emergency motion for an injunction.  In a motion docketed on May 12, 2026, he renews that motion.  (ECF No. 17.)  Plaintiff's renewed motion provides more of the same.  For the same reasons the Court previously gave in its Opinion and Order dated May 5, 2026, the Court **DENIES** Plaintiff's renewed motion.

At this stage of the litigation, the Court directs Mr. Bigsby to focus on completing service as previously ordered.  The Court will not accept other filings from him pending the appearance of counsel for Defendants.  At that  point, the Court will direct how this case will proceed.

**SO ORDERED.**

Dated:  May 12, 2026

J. Philip Calabrese
United States District Judge
Northern District of Ohio